The Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> JAMARIO S. CYPRIAN <br><br> Defendant. | NO. CR15-0035JLR <br><br> ORDER TO SEAL DOCUMENT: EXHIBIT A RE [60] MOTION FOR MISCELLANEOUS RELIEF |

Having read the Government's Motion to Seal and because of the sensitive information contained in Exhibit A,

It is hereby ORDERED that the Exhibit A, shall remain sealed.

DATED this 24th day of February, 2022.

_____
JAMES L. ROBART
United States District Judge

Presented by:

*s/ Stephen P. Hobbs*
STEPHEN P. HOBBS
Assistant United States Attorney

Order to Seal Document
*United States v. Jamario Cyprian* / CR15-035 JLR - 1