THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMARIO CYPRIAN, <br><br> Defendant. | No. CR15-035-JLR <br><br> (~~PROPOSED~~) ORDER GRANTING MOTION TO SEAL EXHIBITS 2–5 TO RESPONSE TO GOVERNMENT'S MOTION TO INTRODUCE HEARSAY TESTIMONY AT SUPERVISED RELEASE EVIDENTIARY HEARING |

THIS MATTER comes before the undersigned on Jamario Cyprian's Motion to Seal Exhibits 2–5 to his Response to the Government's Motion to Introduce Hearsay Testimony. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Exhibits 2–5 be filed under seal.

DATED this 28th day of February 2022.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Vanessa Pai-Thompson
Assistant Federal Public Defender
Attorney for Jamario Cyprian

ORDER TO SEAL EXHIBITS 2–5 TO RESPONSE
(*United States v. Jamario Cyprian*, CR15-035-JLR) - 1