|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR15-0035JLR |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JAMARIO S. CYPRIAN, | |
| Defendant. | |

Before the court is Plaintiff the United States of America's (the "Government") motion to introduce hearsay testimony at Defendant Jamario S. Cyprian's supervised release hearing. (Mot. (Dkt. # 60); Reply (Dkt. # 69).) Mr. Cyprian opposes the motion. (Resp. (Dkt. # 66).) The court has considered the parties' submissions, the relevant portions of the record, and the applicable law. Being fully advised, the court GRANTS the Government's motion to introduce hearsay testimony at the supervised release hearing.

//

ORDER - 1

Dated this 28th day of February, 2022.

JAMES L. ROBART
United States District Judge